IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRENCE ROSS, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 2:18-cv-146 |
| | ) | |
| v. | ) | Judge Arthur J. Schwab |
| | ) | Magistrate Judge Patricia L. Dodge |
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, | ) ) | |
| | ) | |
| Respondents. | ) | |

**MEMORANDUM ORDER**

Petitioner, Terrence Ross, is a Pennsylvania prisoner who is currently housed at SCI Forest. Pending before the Court is his Consolidated Amended Petition for a Writ of Habeas Corpus (ECF 22), as amended (ECF 30), which he filed pursuant to 28 U.S.C. § 2254. Petitioner is challenging the judgment of sentence imposed upon him by the Court of Common Pleas of Allegheny County on December 15, 2014.

This habeas action was referred to a United States Magistrate Judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court. On August 14, 2020, the Magistrate Judge filed a Report and Recommendation (ECF 41) recommending that that the Court deny each of Petitioner's claims and deny a certificate of appealability. Petitioner has filed Objections (47) to the Report and Recommendation.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and Petitioner's Objections thereto, the following ORDER is entered:

AND NOW, this 9th day of September, 2020,

1

IT IS HEREBY ORDERED that the Consolidated Amended Petition for a Writ of Habeas Corpus (ECF 22), as amended (ECF 30) is DENIED and a certificate of appealability is DENIED as to each claim.

IT IS FURTHER ORDERED that the Report and Recommendation (ECF 41) filed by the Magistrate Judge on August 14, 2020, is adopted as the Opinion of the Court.

The Clerk of Court shall mark this case CLOSED.

BY THE COURT:

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:   All Registered ECF Counsel and
      via first-class mail to Petitioner at his
      address of record